**Order entered January 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01067-CR

### JIMMY DEWAYNE HILL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 363rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F09-53582-W

## ORDER

The Court **REINSTATES** the appeal.

On October 30, 2014, we ordered the trial court to make findings regarding the status of the clerk's record and appellate counsel. On November 14, 2014, we received the clerk's record, but we note that it does not contain the trial court's certification of appellant's right to appeal. On January 15, 2015, we received the trial court's findings that appellant filed a waiver of the right to counsel and that no hearing was conducted on the motion for judgment nunc pro tunc that is the subject of this appeal. Accordingly, appellant is pursuing the appeal from the trial court's November 4, 2014 nunc pro tunc order pro se.

We **ORDER** the trial court to prepare and file, within **TEN DAYS** of the date of this order, a certification of appellant's right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **DIRECT** the Clerk of this Court to send appellant paper copies of the 4-volume reporter's record filed on August 27, 2014, the clerk's record filed on November 14, 2014 and the supplemental clerk's record filed on January 15, 2015.

We note that appellant tendered a pro se brief on September 10, 2014. The brief does not contain citations to the record. Accordingly, we **ORDER** appellant to filed, by **MARCH 10, 2015**, an amended brief that complies with Texas Rule of Appellate Procedure 38.1. If appellant does not file his amended brief within the time specified, the appeal will be submitted on the deficient brief subject to the provisions of Texas Rule of Appellate 38.9. *See also Lott v. State*, 874 S.W.2d 687 (Tex. Crim. App. 1994).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Tracy Holmes, Presiding Judge, 363rd Judicial District Court; Felicia Pitre, Dallas County District Clerk; and to the Dallas County District Attorney's Office.

We **DIRECT** the Clerk to send a copy of this order, as well as the clerk's and reporter's records as set out above, to Jimmy Hill, TDCJ No. 1719333, Boyd Unit, 200 Spur 113, Teague, Texas 75860.

/s/     ADA BROWN
         JUSTICE